UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION



FILED
ASHEVILLE, NC

OCT 24 2013

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:13mj57 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WALKY ALMONTE | ) | |
| a/k/a Rosa Maria Figueroa | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment and Arrest Warrant in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Indictment and Arrest Warrant in the above-captioned case be unsealed.

This 24 day of October, 2013.

_____
HONORABLE DENNIS L. HOWELL
U.S. MAGISTRATE COURT JUDGE